V1.6-8

Faith Lynn Brashear
Plaintiff /Witness/ Advocate
In RE: 1095 Lowry Ranch Road
Corona, CA 92881
Tel: 951-268-4042
Preferred Response: Fax: 855-204-0859
Faith@Betterquest.com Mail Response:

FILED
2016 MAR 15 PM 2:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# FEDERAL COURT OF CALIFORNIA
## FOR THE ~~COUNTY OF~~ LOS ANGELES, CENTRAL DISTRICT

FAITH LYNN BRASHEAR, an individual, Plaintiff

vs.

HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee of the Holders of the Deutsche Alt-A Securities, Inc., Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA4;
CHARLES G. MEYER JR Director, HSBC Bank USA, N.A.
THE MORTGAGE LAW FIRM, PLC, as Trustee and Agent of a Beneficiary; as agent for Wells Fargo Bank, N.A.;
DARREN J. DEVLIN, President of of The Mortgage Law Firm, PLC;
SPECIALIZED LOAN SERVICING LLC, as servicer for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc., Mortgage loan Trust, Mortgage Pass-Through Certificates Series 2007 –OA4;
MARK MCCLOSKEY Assistant Vice President of Specialized Loan Servicing LLC, and All persons and entities claiming any right to real property located at 1095 Lowry Ranch Road Corona, California 92881 and Does 1-20, inclusively,
Defendants

CASE NO: EDCV16-469-TJH(KKx)

**EXHIBIT K - Grant Deed chain of superior title**

[signature]
3-15-16

**COMPLAINT OF THE PLAINTIFF/ DEBTOR PURSUANT TO 42 U.S.C. Sec 1983**   1

FALSE CLAIMS 31 U.S. Code § 3729 (a) (C), violations of US Constitutional Amendments, 5th, 8th 9th and 14th. Adversary Trial for Summary Judgment, Declaratory and Injunctive relief.

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

First National Document Svc LLC

AND WHEN RECORDED MAIL TO:

Faith Brashear
1095 Lowry Ranch Road
Corona, CA 92881



```
DOC # 2015-0092654
03/09/2015 12:24P Fee:27.00
         Page 1 of 5
 Recorded in Official Records
      County of Riverside
          Peter Aldana
Assessor, County Clerk & Recorder
```

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
| 1 |   |   | 5    |      |    |      |      |     | 11.50 |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      | T:   |      | CTY | UNI  | 002 |

Space Above this Line for Recorder Use Only

TRA:
DTT: $0.00

# GRANT DEED

Title of Document

APN No. 116-290-047-6

NO CONSIDERATION
Inter: Name Change

The Undersigned BONIFIED GIFT Grantor declares:

(1) The documentary transfer tax is $ -0- which is computed on full value of the property conveyed, County of Riverside.
(2) The property is located in the City of Corona, County of Riverside.

**FOR VALUABLE CONSIDERATION**, the above statement is hereby acknowledged, that DONNA M. BELTZ, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY ("Grantor") HEREBY GRANTS TO (one in the same) FAITH L. BRASHEAR, FNA DONNA M. BELTZ, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, SUPERIOR TITLE OF RECORD.

The following described real property situated in the City of Corona, County of Riverside State of California commonly known as: 1095 Lowry Ranch Road, Corona, CA 92881
Legal Description: Parcel 1:
Lot 47 of Tract No. 29617, in the City of Corona, as shown by Map on file in Book 365 Pages 87 through 98, inclusive of Maps. In the Office of the County Recorder of Riverside County of California.
Tax information: address to Faith L. Brashear: 1095 Lowry Ranch Road, Corona, CA 92881.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

_____
Donna M. Beltz

_____
Faith L. Brashear

**This must be in red to be a "CERTIFIED COPY"**

I hereby certify the foregoing instrument to which this stamp has been affixed consisting of ___5___ pages to be a full, true and correct copy of the original on file and of record in my office.

*[signature]*

Assessor - County Clerk - Recorder
County of Riverside, State of California

Dated: 3-9-15

Certification must be in red to be a "CERTIFIED COPY"

```
DOC # 2007-0319878
05/14/2007 08:00A Fee:13.00
           Page 1 of 3
  Recorded in Official Records
       County of Riverside
          Larry W. Ward
Assessor, County Clerk & Recorder
```

**RECORDING REQUESTED BY**
First American Title Company

**AND WHEN RECORDED MAIL TO:**
Donna Beltz
1095 Lowry Ranch Road
Corona, CA 92881

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   |      |      |     |      |      |     |      |
| M | A | L | 465  | 426  | PCOR| NCOR | SMF  | NCHG| EXAM |

## GRANT DEED

A.P.N.: 116-290-047-6        T.R.A. No.004-000        File No.: RRI-2698776 (cs)

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $0.00; CITY TRANSFER TAX $0.00;
[ ] computed on the consideration or full value of property conveyed, OR
[ ] computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[ ] unincorporated area; [ x ] City of Corona, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Donna M. Beltz, a married woman as her sole and separate property**

hereby GRANTS to **Donna Beltz, a married woman as her sole and separate property**

the following described property in the City of Corona, County of Riverside, State of California:

**PARCEL 1:**

LOT 47 OF TRACT NO. 29617, IN THE CITY OF CORONA, AS SHOWN BY MAP ON FILE IN BOOK 365 PAGES 84 THROUGH 95, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, AND MINERALS OF EVERY KIND ON, IN AND UNDER THAT MAYBE PRODUCED FROM SAID PROPERTY; AND PROVIDED, HOWEVER, SUCH RIGHTS SHALL NOT BE EXERCISED WITHIN 500 FEET OF THE SURFACE OF SAID LAND AND THERE SHALL BE NO SURFACE ENTRY AS RESERVED IN A DEED RECORDED SEPTEMBER 16, 1977 AS INSTRUMENT NO. 181966, OF OFFICIAL RECORDS.

RESERVING FROM SAID LAND, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS IN INTEREST, AND OTHERS, EASEMENTS FOR ACCESS, USE, ENJOYMENT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THAT CERTAIN DECLARATION OF ESTABLISHMENT OF CONDITIONS, COVENANTS AND RESTRICTIONS FOR CROWN RANCH ESTATES, RECORDED OCTOBER 21, 2004, AS INSTRUMENT NO. 04-834126, OF OFFICIAL RECORDS, INCLUDING ALL AMENDMENTS AND/OR ANNEXATIONS THERETO ("DECLARATION").

**PARCEL 2:**

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION.

Mail Tax Statements To: SAME AS ABOVE

**This must be in red to be a "CERTIFIED COPY"**

I hereby certify the foregoing instrument to which this stamp has been affixed consisting of __3__ pages to be a full, true and correct copy of the original on file and of record in my office.

*[signature]*

Assessor - County Clerk - Recorder
County of Riverside, State of California

Dated: **FEB 19 2015**

Certification must be in red to be a "CERTIFIED COPY"

RECORDING REQUESTED BY:

FIDELITY NATIONAL TITLE COMPANY
SUBDIVISION DEPARTMENT
WHEN RECORDED RETURN TO:

Donna M. Beltz
1095 Lowry Ranch Road
Corona, CA 92881



DOC # 2006-0158848
03/06/2006 08:00A Fee:16.00
Page 1 of 4 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|------|------|----|----|-------|-----|-------|
|   |   |   | 4    |      |    | ✓  |       |     |       |
| A | R | L |      |      | COPY | LONG | REFUND | NCHG | EXAM |

9882847

APN 116-290-047-6
TRA 004-000

**GRANT DEED**

The undersigned Grantor declares:
(1) The documentary transfer tax is $ 1,652.20 , which is computed on full value of the property conveyed, County of Riverside.
(2) The property is located in the City of Corona, County of Riverside.

**FOR VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, CROWN RANCH ESTATES, LLC, a Delaware limited liability company ("Grantor"), hereby grants to DONNA M. BELTZ, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

("Grantee") the following described real property in the City of Corona, County of Riverside, State of California:

AS PER EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

GRANTOR:

CROWN RANCH ESTATES, LLC,
a Delaware limited liability company

By: Woodbridge Crown Ranch Estates, LLC.,
a California limited liability company,
Its Managing Member

By: Woodbridge Homes, Inc.,
a California corporation,
Its Managing Member

By: _____
Its: PRESIDENT
Todd S. Cunningham

6\WOODBRIDGE\CROWN\PURCH 211
4-26-04

**This must be in red to be a "CERTIFIED COPY"**

I hereby certify the foregoing instrument to which this stamp has been affixed consisting of ____4____ pages to be a full, true and correct copy of the original on file and of record in my office.

*[signature]*

Assessor - County Clerk - Recorder
County of Riverside, State of California

Dated: **FEB 1 9 2015**

Certification must be in red to be a "CERTIFIED COPY"

```
INQTITCO 116290047-6 2015         SECURED      14:05:25  02/19/2015    PAGE    1
         ASSESSMENT NO  116290047-6  TAX YEAR  2015  TAXABILITY CD 0-00
YR PARCEL  116-290-047-6    TRA  004-000   VEST CD WS
MAILNAME   BELTZ                 DONNA
MAILADDR   NONE
ADDRDATE   08-10-2006 DEL DEEDPROC
OWNERID    NONE
SITUS      1095 LOWRY RANCH RD CORONA 92881
ASSESSEE   BELTZ                 DONNA
           VEST TIT COD NONE
BILL NBR   000618959
CORTAC NO  NONE
BILL SER NO
DEFAULTED  NONE
CHG ROLL   NONE
YRCOMENT   NONE
ID DATA    .84 ACRES M/L IN LOT 47 MB 365/084 TR 29617
CONVEY        0319878 05/2007
ESCAPE      NONE
            ESCAPED ASMT   NONE
            PEN ASMTS (R&T 482)   NONE
            TIE TO ASSESSMENT     NONE
       1 SUPPLEMENTAL ASMTS 052436523-2  2005  2006  SEC PAID      12-08-2006
```