V1.6-8

**Faith Lynn Brashear**
Plaintiff /Witness/ Advocate
In RE: 1095 Lowry Ranch Road
Corona, CA 92881
Tel: 951-268-4042
<u>Preferred Response</u>: Fax: 855-204-0859
Faith@Betterquest.com <u>Mail Response:</u>



FILED
2016 MAR 15 PM 2:24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# FEDERAL COURT OF CALIFORNIA
## FOR THE ~~COUNTY~~ OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| FAITH LYNN BRASHEAR, an individual, Plaintiff<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee of the Holders of the Deutsche Alt-A Securities, Inc., Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA4; CHARLES G. MEYER JR Director, HSBC Bank USA, N.A. THE MORTGAGE LAW FIRM, PLC, as Trustee and Agent of a Beneficiary; as agent for Wells Fargo Bank, N.A.; DARREN J. DEVLIN, President of of The Mortgage Law Firm, PLC; SPECIALIZED LOAN SERVICING LLC, as servicer for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc., Mortgage loan Trust, Mortgage Pass-Through Certificates Series 2007 –OA4; MARK MCCLOSKEY Assistant Vice President of Specialized Loan Servicing LLC, and All persons and entities claiming any right to real property located at 1095 Lowry Ranch Road Corona, California 92881 and Does 1-20, inclusively,<br>Defendants | ED **CV16-469-** TJH(KKx)<br>CASE No. _____<br><br>**EXHIBIT P- Attestation of**<br><br>**Termination of classification REMIC; Deutsche Alt A OA4 Sec reporting history showing 10k report that suggests they were required to file this report making this a recordation of a Termination of Registration under Section 12(g) of the Securities Exchange Act of 1934, per 17 CFR 240.12g-4 (b)**<br><br><br>3-15-16 |

COMPLAINT OF THE PLAINTIFF/ DEBTOR PURSUANT TO 42 U.S.C. Sec 1983     1
FALSE CLAIMS 31 U.S. Code § 3729 (a) (C), violations of US Constitutional Amendments, 5th, 8th 9th and 14th. Adversary Trial for Summary Judgment, Declaratory and Injunctive relief.



# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

*Attached is a copy of Form 15, certification and notice of termination of registration, received in this Commission on January 30, 2008, under the name of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA4, File No. 333-141008-05, pursuant to the provisions of the Securities Exchange Act of 1934.*

on file in this Commission

09/03/2015
_____
Date

**LARRY MILLS**
_(digitally signed)_
_____
Larry Mills, Management and Program Analyst

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

_____
Secretary

SEC 334 (9-12)

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 15

Certification and Notice of Termination of Registration under Section 12(g) of the Securities Exchange Act of 1934 or Suspension of Duty to File Reports under Sections 13 and 15(d) of the Securities Exchange Act of 1934.

Commission File Number of issuing entity: 333-141008-05

Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA4
(Exact name of issuing entity as specified in its charter)

Commission File Number of depositor: 333-141008

ACE Securities Corp.
(Exact name of depositor as specified in its charter)

DB Structured Products, Inc.
(Exact name of sponsor as specified in its charter)

  c/o Wells Fargo Bank, N.A.
  9062 Old Annapolis Road
  Columbia, MD 21045
  (410) 884-2000

  (Address, including zip code, and telephone number, including area code,
  of Registrant's principal executive offices)

A-2A

A-2B

A-3

A-4

CE-1

CE-2

CE-3

I-A-IA

I-A-IB

II-A-I

II-A-2

III-A-I

M-1

M-10

M-11

M-2

M-3

M-4

M-5

M-6

```
M-7

M-8

M-9

P

R
```

(Title of each class of securities covered by this Form)

   None

(Titles of all other classes of securities for which a duty to file reports under Section 13(a) or 15(d) remains)

Please place an X in the box(es) to designate the appropriate rule provision(s) relied upon to terminate or suspend the duty to file reports:

```
Rule 12g-4(a)(1)(i)         / /

Rule 12g-4(a)(1)(ii)        / /

Rule 12g-4(a)(2)(i)         / /

Rule 12g-4(a)(2)(ii)        / /

Rule 12h-3(b)(1)(i)         / /

Rule 12h-3(b)(1)(ii)        / /

Rule 12h-3(b)(2)(i)         / /

Rule 12h-3(b)(2)(ii)        / /

Rule 15d-6                  /X/
```

Approximate number of holders of record as of the certification or notice date:
            Less than 300 Holders


Pursuant to the requirements of the Securities Exchange Act of 1934,

   Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA4

has caused this certification/notice to be signed on its behalf by the undersigned duly authorized person.

Date: January 30, 2008
By: /s/ Julie Eichler
Julie Eichler, Officer


Instruction: This form is required by Rules 12g-4, 12h-3 and 15d-6 of the General Rules and Regulations under the Securities Exchange Act of 1934. The Registrant shall file with the Commission three copies of Form 15, one of which shall be manually signed. It may be signed by an officer of the Registrant, by counsel or by any other duly authorized person. The name and title of the person signing the form shall be typed or printed under the signature.