Name: Faith Lynn Brashear
Address: IN RE: 1095 Lowry Ranch Road Corona CA 92881
Phone Number: 951-268-4042
E-mail Address: Faith@betterquest.com
Pro Se

FILED
2016 MAR 15 PM 2:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Faith Lynn Brashear witness
PLAINTIFF(S)

v.

HSBC NA ET A
DEFENDANT(S)

CASE NUMBER
ED CV16-469-TJH (KKx)

APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING

As the (Plaintiff)/Defendant) Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   Check all that apply.
   
   [x] A Computer with internet access.
   
   [x] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   
   [x] A scanner to convert documents that are only in paper format into electronic files.
   
   [x] A printer or copier to create required paper copies such as chambers copies.
   
   [x] A word-processing program to create documents; and
   
   [x] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 3-15-16          Signature: [signed]

CV-005 (12/15)          APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING