JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FAITH LYNN BRASHEAR | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | EDCV 16-469-TJH (KKx) |
| HSBC BANK USA NATIONAL ASSOCIATION, ET AL. | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____    _____
Date                                              United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency          ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☐ Other: _____

Comments:
See Order Denying Request to Proceed In Forma Pauperis.

March 21, 2016                                 /s/ Kenly
_____                    _____
Date                                              United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☒ DENIED (see comments above).  IT IS FURTHER ORDERED that this case is hereby:    ☒ DISMISSED.
                                                                                                                                                    ☐ REMANDED.

MARCH 24, 2016                              /s/ Terry J. Hatter, Jr.
_____                    _____
Date                                              United States District Judge

CV-73 (01/15)                              ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*